

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

TAM PHO VONG,

       Petitioner,

   v.

D. MARIN, *et al.*,

       Respondents.

Case No. 5:26-cv-01954-JWH-DFM

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Under 28 U.S.C. § 636, the Court has reviewed the Petition,[1] the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.[2]  No objections were filed by the deadline.

Accordingly, it is hereby **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is **ACCEPTED** and **ADOPTED** in its entirety.

2.     The Petition for a Writ of Habeas Corpus is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated: _June 12, 2026_

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1]     Pet. [ECF No. 1].

[2]     Report and Recommendation [ECF No. 11].

-2-